INSD Pro Se Blank Filing (caption and certificate of service) 4/19

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

**FILED**
9:31 am, May 05, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

PIERRE Q. PULLINS
_Plaintiff(s)_

-v-

RADIO ONE INC. WTLC
106.7 FM AM 1310
_Defendant_

Case No. 1:20-cv-01313-JRS-DLP

Jury Demanded.

## COMPLAINT FOR CONSPIRACY AND TORTIOUS INTERFERENCE IN A CAMPAIGN FOR FEDERAL OFFICE AND CIVIL RIGHT VIOLATION
_(Title your document on this line.)_

I am the (plaintiff)/defendant (circle one) in this case and I state as follows:

The Defendant Radio One, WTLC in Indianapolis Indiana conspired with another news outlet that serves the African-American community in Indianapolis, Indiana the Indianapolis Recorder to exclude, Pullins, who was a candidate for the Democrat nomination of U.S. Representative for the Seventh Congressional District, from being interviewed because Pullins was the only candidate calling for the Incumbent

INSD Pro Se Blank Filing (caption and certificate of service) 4/19

Congressman Andre Carson, to address allegations of harassment claims and if taxpayer funds were used to settle any complaints. Pullins alleges the station manager and radio talk show host deliberately excluded Pullins, while allowing the other Democrat challengers to interview. They used Radio One's FCC license to accomplish this consipiracy (P2P). It was targeted at the African American Community to affect the outcome of an election for federal office.

Date: 5/3/2020     Signed: Russ J Pullins
                           Filing party

Address and Telephone Number:
6120 Westlake Dr. N. Apt. B
Indpls, IN 46224
317 797 7190

## CERTIFICATE OF SERVICE

I certify that a copy of this document _____
                                       (fill in name of your document)

has been mailed, postage prepaid, upon (insert names and addresses of other parties in

space provided):