UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PIERRE Q. PULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01313-JRS-DLP |
| | ) | |
| RADIO ONE INC WTLC 106.7 FM AM 1310, | ) | |
| | ) | |
| Defendant. | ) | |

**Dismissal for Lack of Service**

The Complaint was filed May 5, 2020, almost one year ago. The Court previously ordered that service be made by March 22, 2021, and informed Plaintiff that the failure to effect service by the deadline would result in the dismissal of this action without prejudice. Plaintiff has not shown that service has been made on Defendant. Nor has he demonstrated good cause for further extending the time for service. Therefore, this action is **dismissed without prejudice** for lack of service.

SO ORDERED.

Date: 4/29/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

PIERRE Q. PULLINS
6120 Westlake Dr. N.
Apt. B
Indianapolis, IN 46224