UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PIERRE Q. PULLINS,                )
                                  )
                    Plaintiff,    )
                                  )
          v.                      )          No. 1:20-cv-01313-JRS-DLP
                                  )
RADIO ONE INC WTLC 106.7 FM  AM   )
1310,                             )
                                  )
                    Defendant.    )

## Judgment

This action is **dismissed without prejudice** for lack of service.

**SO ORDERED.**

Date: 4/29/2021

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
        Deputy Clerk, U.S. District Court

Distribution:

PIERRE Q. PULLINS
6120 Westlake Dr. N.
Apt. B
Indianapolis, IN 46224